# Court of Appeals
# of the State of Georgia

ATLANTA, __December 20, 2012__

*The Court of Appeals hereby passes the following order:*

**A12A2144. ANTONIO DAVIS v. THE STATE**

Antonio Davis filed this direct appeal from the trial court's denial of his pre-trial plea in bar based upon an alleged violation of his constitutional right to a speedy trial. The Supreme Court of Georgia has recently ruled, however, that such a claim is not directly appealable. *Sosniak v. State*, ___ Ga. ___ (2) (Case No. S12A0799, decided November 19, 2012).

Therefore, Davis' appeal is hereby dismissed for failure to follow the interlocutory appeal procedures of OCGA § 5-6-34 (b). See *Stevens v. State*, ___ Ga. ___ (Case No. S12A1795, decided November 27, 2012); *Morris v. State*, ___ Ga. App. ___ (Case No. A12A2210, decided December 5, 2012).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __12/20/2012__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


*, Clerk.*